## STATE v. HENDERSON BAILEY.

(Filed 6 May, 1964.)

APPEAL by defendant from *Shaw, J.*, October 28, 1963, Criminal Session of GUILFORD (High Point Division).

This is a criminal action.

Defendant is charged in the bill of indictment with the crimes of forging and uttering a false bank check. Plea: Not guilty. Verdict: Guilty as charged. Judgment: Active prison sentence.

The State introduced evidence tending to show that the signature of J. O. Connor, purported maker, was forged on a check for $51, dated 1 August 1963, drawn on the Wachovia Bank and Trust Company of High Point and payable to Thomas Davis, and that defendant had it in possession, endorsed the name of Thomas Davis thereon and negotiated it for goods and cash.

*Attorney General Bruton and Deputy Attorney General McGalliard, and James F. Bullock, Asst. Attorney General for the State.*

*Haworth, Riggs, Kuhn and Haworth and Robert L. Cecil for defendant.*

PER CURIAM. The evidence is sufficient to withstand defendant's motion for nonsuit. G.S. 15-173. When considered contextually the charge of the court complies with G.S. 1-180. Applicable principles of law were explained to the jury in a substantially correct manner. *State v. Phillips,* 256 N.C. 445, 124 S.E. 2d 146; *State v. Jestes,* 185 N.C. 735, 117 S.E. 385; *State v. Peterson,* 129 N.C. 556, 40 S.E. 9. We find from the record no error sufficiently prejudicial to warrant a new trial.

No error.